IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARGOWI LNV,                         )
                                      )      CIVIL ACTION FILE NO.
        *Petitioner,*                 )      09-cv-745 (RCL)
v.                                    )
                                      )
BARACK H. OBAMA, et al.,              )
                                      )
        *Respondents.*                )
                                      )

## O R D E R

Upon consideration of the motion for admission of counsel *pro hac vice*, it is

hereby ordered that Jonathan D. Letzring is admitted *pro hac vice* for purposes of

this case.

IT IS SO ORDERED.

DATED: ___7/19/13___         _____
                             UNITED STATES DISTRICT JUDGE